COMAR LAW
   D. Inder Comar (SBN 243732)
    *inder@comarlaw.com*
901 Mission Street, Suite 105
San Francisco, CA 94103
Telephone: +1.415.640.5856
Facsimile: +1.415.513.0445

*Attorney for Plaintiff*
HARDLINE DESIGN LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARDLINE DESIGN LLC,<br><br>                 Plaintiff,<br><br>vs.<br><br>EDGE INTERNATIONAL, LLC; and, B8 CONCEPT LTD.,<br><br>                 Defendants.<br><hr>AND ALL RELATED CROSS CLAIMS | CASE NO.: 3:12-cv-04001-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER**<br><br>Judge: The Honorable Richard Seeborg<br><br>Trial Date: N/A<br>Action Filed: July 30, 2012 |

## INTRODUCTION

Plaintiff and Counterclaim Defendant HARDLINE DESIGN LLC ("Hardline") and Defendant and Counterclaim Plaintiff EDGE INTENATIONAL, LLC ("Edge") respectfully file this joint stipulation and proposed order. The following items are currently on calendar before this Court (in chronological order):

(1) Response to Edge's motion for summary judgment (Docket No. 16), due November 7, 2012;

(2) Joint Case Management Statement and Rule 26(a)(1) disclosures, due November 8, 2012;

(3) Reply to Edge's motion for summary judgment (Docket No. 16), due November 14, 2012;

(4) Case Management Conference and hearing on Hardline's motion to dismiss (Docket No. 13), on November 15, 2012; and

(5) Hearing on Edge's motion for summary judgment (Docket No. 16), on November 29, 2012.

Subject to the Court's approval, Hardline and Edge have agreed to an immediate and temporary 45-day stay of this case, beginning from the date of the signed Court order. Hardline and Edge have stipulated to the following:

(1) Hardline shall send a demand of notice of arbitration pursuant to AAA rules to B8 Concept Limited, by sending such notice to:

> B8 Concept Ltd.
> Rm A 15/F
> Hillier Commercial Building 65-67 Bonham Strand East
> Sheung Wan, Hong Kong
>
> and to b8conceptlimited@mail.com.
>
> With a cc to Joshua Kirsch at jkirsch@gibsonrobb.com

(2) Hardline shall send a demand of notice of arbitration pursuant to AAA rules to Edge International, LLC via its counsel of record, Joshua Kirsch, by regular mail at GIBSON ROBB & LINDH, LLP, 201 Mission St., Suite 2700, San Francisco, CA 94105 and email at

1

1 | jkirsch@gibsonrobb.com. It is the intent of the parties hereto that all three contracts in dispute
2 | shall be subject to a single, binding arbitration.
3 |     (3) In the event that B8 Concept Limited responds to the demand and submits to
4 | binding arbitration, Edge and Hardline shall stipulate to extend the 45-day stay of this Court
5 | action indefinitely to permit the arbitration to proceed.
6 |     (4) In the event that the 45-day stay expires without further stipulation, all
7 | oppositions and replies to be filed in response to the above-listed motions, to the extent such
8 | oppositions and replies have not yet been filed, will be filed pursuant to Local Rule 7-3 or other
9 | agreement of the parties.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 11/5/12      _/s/ Richard Seeborg_
    The Honorable Richard Seeborg
    United States District Court Judge

| | |
|---|---|
| 1 | Dated:  November 2, 2012             Respectfully submitted, |
| 2 | By  /s/  *Inder Comar* |
| 3 | D. Inder Comar |
|   | COMAR LAW |
| 4 | 901 Mission Street, Ste. 105 |
|   | San Francisco, CA 94103 |
| 5 | Telephone: (415) 640-5856 |
|   | Facsimile: (415) 513-0445 |
| 6 | Email: inder@comarlaw.com |
| 7 | |
|   | Attorney for Plaintiff / Counterclaim |
| 8 | Defendant |
|   | HARDLINE DESIGN LLC |
| 9 | |
| 10 | By  /s/  *Joshua Kirsch* |
| 11 | Joshua Kirsch |
|   | GIBSON ROBB & LINDH LLP |
| 12 | 201 Mission Street, Ste. 2700 |
|   | San Francisco, CA 94105 |
| 13 | Telephone: (415) 348-6000 |
|   | Facsimile: (415) 348-6001 |
| 14 | Email: jkirsch@gibsonrobb.com |
| 15 | |
|   | Attorney for Defendant / Counterclaim |
| 16 | Plaintiff |
|   | EDGE INTERNATIONAL, LLC |

3

**DECLARATION OF CONSENT**

Pursuant to Local Rule 5-1 regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from all counsel for all parties.

/s/ *Inder Comar*
D. Inder Comar