| | |
|---|---|
| 1 | COMAR LAW |
| 2 |    D. Inder Comar (SBN 243732)<br>   *inder@comarlaw.com* |
| 3 | 901 Mission Street, Suite 105<br>San Francisco, CA 94103 |
| 4 | Telephone: +1.415.640.5856<br>Facsimile: +1.415.513.0445 |
| 5 | *Attorney for Plaintiff* |
| 6 | HARDLINE DESIGN LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARDLINE DESIGN LLC,<br><br>                Plaintiff,<br><br>   vs.<br><br>EDGE INTERNATIONAL, LLC; and, B8 CONCEPT LTD.,<br><br>                Defendants.<br><hr>AND ALL RELATED CROSS CLAIMS | CASE NO.: 3:12-cv-04001-RS<br><br>**JOINT STIPULATION TO EXTEND 45-DAY STAY AND [~~PROPOSED~~] ORDER**<br><br>Judge:  The Honorable Richard Seeborg<br><br>Trial Date:   N/A<br>Action Filed:  July 30, 2012 |

**STIPULATION**

Plaintiff and Counterclaim Defendant HARDLINE DESIGN LLC ("Hardline") and Defendant and Counterclaim Plaintiff EDGE INTENATIONAL, LLC ("Edge") respectfully file this joint stipulation and proposed order.

WHEREAS the parties jointly stipulated to and this Court ordered on November 5, 2012 a 45-day stay;

WHEREAS the parties are currently engaging in good-faith settlement discussions with respect to all claims and cross-claims;

WHEREAS the parties believe that a further stay would be appropriate to permit more developed settlement discussions, and if necessary, to permit the filing of an arbitration between the parties in a manner consistent with the first stipulation granted by the Court;

THEREFORE Hardline and Edge stipulate to extend the 45-day stay of the case another 45 days to permit further settlement discussions and/or the filing of an arbitration consistent with the first stipulation granted by the Court.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 12/18/12

_____
The Honorable Richard Seeborg
United States District Court Judge

Dated:  December 17, 2012               Respectfully submitted,

By  /s/  *Inder Comar*
D. Inder Comar
COMAR LAW
901 Mission Street, Ste. 105
San Francisco, CA 94103
Telephone: (415) 640-5856
Facsimile: (415) 513-0445
Email: inder@comarlaw.com

Attorney for Plaintiff / Counterclaim Defendant
HARDLINE DESIGN LLC

By  /s/  *Joshua Kirsch*
Joshua Kirsch
GIBSON ROBB & LINDH LLP
201 Mission Street, Ste. 2700
San Francisco, CA 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001
Email: jkirsch@gibsonrobb.com

Attorney for Defendant / Counterclaim Plaintiff
EDGE INTERNATIONAL, LLC

**DECLARATION OF CONSENT**

Pursuant to Local Rule 5-1 regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from all counsel for all parties.

/s/ *Inder Comar*
D. Inder Comar