COMAR LAW
   D. Inder Comar (SBN 243732)
    *inder@comarlaw.com*
901 Mission Street, Suite 105
San Francisco, CA 94103
Telephone: +1.415.640.5856
Facsimile: +1.415.513.0445

*Attorney for Plaintiff*
HARDLINE DESIGN LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARDLINE DESIGN LLC,<br><br>                Plaintiff,<br><br>   vs.<br><br>EDGE INTERNATIONAL, LLC; and, B8 CONCEPT LTD.,<br><br>               Defendants.<br><br>AND ALL RELATED CROSS CLAIMS | CASE NO.: 3:12-cv-04001-RS<br><br>**JOINT STIPULATION FOR THIRD EXTENSION OF 45-DAY STAY AND [PROPOSED] ORDER**<br><br>Judge: The Honorable Richard Seeborg<br><br>Trial Date: N/A<br>Action Filed: July 30, 2012 |

## STIPULATION

Plaintiff and Counterclaim Defendant HARDLINE DESIGN LLC ("Hardline") and Defendant and Counterclaim Plaintiff EDGE INTERNATIONAL, LLC ("Edge") respectfully file this joint stipulation and proposed order.

WHEREAS the parties jointly stipulated to and this Court ordered on November 5, 2012 a 45-day stay;

WHEREAS, the parties jointly stipulated to and this Court ordered on December 18, 2012 a second period of a 45-day stay;

WHEREAS the parties are currently engaging in good-faith settlement discussions with respect to all claims and cross-claims;

WHEREAS the parties believe that a further stay would be appropriate to permit more developed settlement discussions, and if necessary, to permit the filing of an arbitration between the parties in a manner consistent with the first stipulation granted by the Court;

WHEREAS the parties anticipate this will be the last temporary stay pending either a negotiated settlement or the filing of an arbitration;

THEREFORE Hardline and Edge stipulate to extend the 45-day stay of the case another 45 days (through March 21, 2013) to permit further settlement discussions and/or the filing of an arbitration consistent with the first stipulation granted by the Court.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 1/31/13

_____
The Honorable Richard Seeborg
United States District Court Judge

| | | |
|---|---|---|
| 1 | Dated: January 31, 2013 | Respectfully submitted, |
| 2 | | By  /s/ *Inder Comar* |
| 3 | | D. Inder Comar |
| | | COMAR LAW |
| 4 | | 901 Mission Street, Ste. 105 |
| | | San Francisco, CA 94103 |
| 5 | | Telephone: (415) 640-5856 |
| | | Facsimile: (415) 513-0445 |
| 6 | | Email: inder@comarlaw.com |
| 7 | | |
| | | Attorney for Plaintiff / Counterclaim |
| 8 | | Defendant |
| | | HARDLINE DESIGN LLC |
| 9 | | |
| 10 | | By  /s/ *Joshua Kirsch* |
| 11 | | Joshua Kirsch |
| | | GIBSON ROBB & LINDH LLP |
| 12 | | 201 Mission Street, Ste. 2700 |
| | | San Francisco, CA 94105 |
| 13 | | Telephone: (415) 348-6000 |
| | | Facsimile: (415) 348-6001 |
| 14 | | Email: jkirsch@gibsonrobb.com |
| 15 | | |
| | | Attorney for Defendant / Counterclaim |
| 16 | | Plaintiff |
| | | EDGE INTERNATIONAL, LLC |

2

**DECLARATION OF CONSENT**

Pursuant to Local Rule 5-1 regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from all counsel for all parties.

          /s/ *Inder Comar*
          D. Inder Comar

## CERTIFICATE OF SERVICE

I am an active member of the State Bar of California and am not a party to this action. My state bar number is 243732. My business address is 901 Mission Street, Suite 105, San Francisco CA 94103.

**Case Name:** *Hardline Design LLC v. Edge International, LLC, et al.,* **No. cv 12-4001 RS**

On January 31, 2013, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION FOR THIRD EXTENSION OF 45-DAY STAY AND [PROPOSED] ORDER**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States the foregoing is true and correct and that this declaration was executed on January 31, 2013, at San Francisco, California.

      D. Inder Comar                           /s/ D. Inder Comar  
        Declarant                                          Signature