COMAR LAW
　　D. Inder Comar (SBN 243732)
　　　*inder@comarlaw.com*
901 Mission Street, Suite 105
San Francisco, CA 94103
Telephone: +1.415.640.5856
Facsimile: +1.415.513.0445

*Attorney for Plaintiff*
HARDLINE DESIGN LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARDLINE DESIGN LLC,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>EDGE INTERNATIONAL, LLC;<br>and B8 CONCEPT LTD.,<br><br>　　　　　　　Defendants. | CASE NO.: 3:12-cv-04001-RS<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: The Honorable Richard Seeborg<br><br>Trial Date: N/A<br>Action Filed: July 30, 2012 |
| AND ALL RELATED CROSS CLAIMS | |

1

## STIPULATION

Plaintiff and Counterclaim Defendant HARDLINE DESIGN LLC ("Hardline") and Defendant and Counterclaim Plaintiff EDGE INTERNATIONAL, LLC ("Edge"), hereby submit this joint stipulation and proposed order to dismiss this case without prejudice.

WHEREAS, the parties jointly stipulated to and this Court ordered on November 5, 2012 a 45-day stay;

WHEREAS, the parties jointly stipulated to and this Court ordered on December 18, 2012 a second period of a 45-day stay;

WHEREAS, the parties jointly stipulated to and this Court ordered on January 31, 2013 a third period of a 45-day stay;

WHEREAS, the parties plan to file an arbitration in a manner consistent with the first stipulation granted by the Court, or else settle the case;

THEREFORE Hardline and Edge stipulate that this action shall be dismissed in its entirety, without prejudice, to permit the filing of an arbitration consistent with the first stipulation granted by the Court, or to settle the case.

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 3/21/13

The Honorable Richard Seeborg
United State District Court Judge

Dated: March 20, 2013       Respectfully submitted,

By  */s/ Inder Comar*
D. Inder Comar
COMAR LAW
901 Mission Street, Ste. 105
San Francisco, CA 94103
Telephone: (415) 640-5856
Facsimile: (415) 513-0445
Email: inder@comarlaw.com

Attorney for Plaintiff / Counterclaim Defendant
HARDLINE DESIGN LLC


By  */s/ Joshua Kirsch*
Joshua Kirsch
GIBSON ROBB & LINDH LLP
201 Mission Street, Ste. 2700
San Francisco, CA 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001
Email: jkirsch@gibsonrobb.com

Attorney for Defendant / Counterclaim Plaintiff
EDGE INTERNATIONAL, LLC

## DECLARATION OF CONSENT

Pursuant to Local Rule 5-1 regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from all counsel for all parties.

        /s/ *Inder Comar*
        D. Inder Comar